IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 14 C 3160 |
| D & L SHEET METAL, INC., a dissolved Illinois corporation, | ) ) ) ) | JUDGE MATTHEW F. KENNELLY |
| Defendant. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on August 21, 2014 request this Court enter judgment against Defendant, D & L SHEET METAL, INC., a dissolved Illinois corporation. In support of that Motion, Plaintiffs state:

1. On August 21, 2014, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for the months of May 2014 forward. The contribution reports were due within 14 days of the entry of the Order (by September 4, 2014). The Court also entered an order that judgment would be entered after Plaintiffs determined the full amount due and owing from Defendant.

2. On August 21, 2014, Plaintiffs' counsel wrote to Mary Barbour, President of Defendant, D & L Sheet Metal, Inc., informing her of the entry of the Court's Order and enclosing a copy of the Order. Ms. Barbour was also advised her that if the company did not submit the

required contribution reports by September 4, 2014, Plaintiffs' counsel would return to court to enforce the Order.

3. On September 4, 2014, Plaintiffs' counsel did not receive the required monthly fringe benefit contribution reports for May 2014 forward from the Defendant. Accordingly, Plaintiffs' counsel again wrote to Mary Barbour, enclosed an additional copy of August 21, 2014 letter previously sent to her, along with the Court's Order entered on August 21, 2014, and requires the required contribution reports by September 12, 2014.

4. On September 16, 2014, Plaintiffs' counsel filed a motion for an order setting a hearing on a rule to show cause against Ms. Barbour for the failure of Defendant to submit the required monthly contribution reports for May 2014 forward pursuant to the Court's Order entered on August 21, 2014. The motion was set for hearing before this Court on September 23, 2014.

5. On September 23, 2014, the motion was entered and continued to October 21, 2014.

6. On October 21, 2014, the Plaintiffs' motion was terminated as moot since Defendant submitted all required monthly contribution reports and paid all the fringe benefit contributions due thereon.

7. Plaintiff Funds have incurred attorneys' fees and costs due to Defendant's failure to comply with its obligation to remit fringe benefit contributions pursuant to its collective bargaining agreement entered into with Sheet Metal Workers Local 265, which adopts the Agreements and Declarations of Trusts governing the Plaintiff Funds.

8. Plaintiffs' counsel's law firm has expended the total amount of $485.00 in costs and $2,373.75 in attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

9.	Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $2,858.75

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $2,858.75.


                                                            /s/   Cecilia M. Scanlon



Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\265J\D & L Sheet Metal\#24593\motion-judgment.cms.df.wpd

**CERTIFICATE OF SERVICE**

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 7th day of January 2015:

       Ms. Mary Kay Barbour, Registered Agent/President
       D & L Sheet Metal, Inc.
       8717 W. 98th Place
       Palos Hills, IL   60465

       /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\265J\D & L Sheet Metal\#24593\motion-judgment.cms.df.wpd